| PROB 22 | | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 94-03072-02/RV |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>ND/Florida | DIVISION<br>Pensacola |
|---|---|---|
| Leon Duane Dassinger<br>12899 SW 91 Court<br>Miami, FL 33176 | NAME OF SENTENCING JUDGE<br>Honorable Roger Vinson | |

| SD/FL PACTS No. 38443 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>9/24/04 | TO<br>9/23/09 |
|---|---|---|---|

OFFENSE

Consp. to Poss. WITD Cocaine, 21 USC, 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Florida** upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/25/07
Date                                                                 SENIOR   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___FLORIDA___

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-19-2007
Effective Date                                                    United States District Judge